**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

Y.A.M-C.,                                      :
                                               :
          Petitioner,          :
                                               :
v.                                             :        Case No. 4:26-cv-999-CDL-ALS
                                               :
Warden, STEWART DETENTION                      :
CENTER, *et al.*,                              :
                                               :
          Respondents.        :

_____

**ORDER**

On July 8, 2026, Petitioner filed a counseled writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. On July 10, 2026, Petitioner filed a motion to shorten Respondents briefing period. ECF No. 4. In support of that motion, Petitioner states that he is scheduled for a hearing before the Immigration Court on July 14, 2026. *Id.* at 3. Four days later, Petitioner filed an Emergency Motion for Temporary Restraining Order and Stay of Removal ("Emergency TRO") which alleges that Respondents "manipulated the Executive Office for Immigration Review scheduling portals to deny Petitioner his Fifth Amendment right to counsel, entered a bad-faith removal order in his attorney's forced absence, and … systematically scrubbed him from public locator databases." ECF No. 5 at 1. Petitioner further alleges that his deportation is imminent because "deportation officers informed Petitioner that he would be deported [on July 14, 2026]." *Id.* at 2.

According to the Emergency TRO, Respondents took deliberate action to alter the EOIR public online portal and calendar so that it appeared to Petitioner's attorney-of-record that the July 14th hearing had been rescheduled or canceled. *Id.* Petitioner alleges that, unbeknownst to his attorney, the Immigration Judge "held a trial i*n absentia* [on

July 14, 2026], and stripped Petitioner of his statutory and constitutional right to counsel." *Id*. at 3.  Petitioner further alleges that his immediate removal is improper because he "has 30 days to file an appeal of [the] pretermission and removal order . . . dated July 13, 2026." *Id.*

On July 14, 2026, The Honorable Clay D. Land, United States District Judge, ordered that Respondents not remove Petitioner from Stewart Detention Center, pending further review by the Magistrate Judge. As of July 15, 2026, Petitioner's name does not appear on the U.S. Immigration and Customs Enforcement Online Detainee Locator System.    U.S.    Immigration    &    Customs    Enforcement, https://locator.ice.gov/odls/#/search (last accessed July 15, 2026).

Consequently, Respondents are ordered to provide a status report with updated information regarding Petitioner's current location **no later than 5:00pm, July 17, 2026.**

**SO ORDERED**, this 15th day of July, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE

2